AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Rene Hernandez, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 11-cv-08472 |
| Merrill Lynch & Co., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                              .

Date:   05/01/2012

/s/ Juno Turner
*Attorney's signature*

Juno Turner (JT 1978)
*Printed name and bar number*

Outten & Golden LLP
3 Park Avenue, 29 Floor
New York, NY 10016
*Address*

jturner@outtengolden.com
*E-mail address*

(212) 245-1000
*Telephone number*

(212) 977-4005
*FAX number*