UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RENE HERNANDEZ, REBECCA HESTON,
JEFFREY STEINBERG, TRINITY GRAY, ERIC
EBANKS and WILLIAM ROGERS, individually
and on behalf of all others similarly situated,

                   Plaintiffs,

-against-

MERRILL LYNCH & CO., INC., MERRILL
LYNCH, PIERCE, FENNER & SMITH, INC. and
BANK OF AMERICA CORPORATION,

                   Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11 Civ. 8472 (KBF)

ECF Case

**MOTION TO ADMIT COUNSEL**
*PRO HACE VICE*




PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, **MATTHEW C. KANE**, hereby move this Court for an Order for admission *pro hac vice* to appear as Counsel for defendants Merrill Lynch & Co., Inc., Merrill, Lynch, Pierce, Fenner & Smith, Inc. and Bank of America Corporation in the above-captioned action.

I am in good standing of the bars of the State of California and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:  May *10*, 2012

                   Respectfully submitted,

| | |
|---|---|
| Applicant's Name: | **MATTHEW C. KANE** |
| Firm Name: | McGuireWoods LLP |
| Address: | 1800 Century Park East, 8th Floor |
| City/State/Zip: | Los Angeles, California 90067 |
| Phone Number: | 310.315.8295 |
| Fax Number: | 310.956.3195 |
| E-mail: | mkane@mcguirewoods.com |

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

May 1, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MATTHEW CHARLES KANE, #171829 was admitted to the practice of law in this state by the Supreme Court of California on November 22, 1994; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____MATTHEW   CHARLES   KANE_____

was on the __15th__ day of _____SEPTEMBER, 2006_____

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 30, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
         Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RENE HERNANDEZ, REBECCA HESTON, :
JEFFREY STEINBERG, TRINITY GRAY, ERIC :
EBANKS and WILLIAM ROGERS, individually : 11 Civ. 8472 (KBF)
and on behalf of all others similarly situated, :
:
              Plaintiffs, : ECF Case
:
     -against- : **CERTIFICATE OF SERVICE**
:
MERRILL LYNCH & CO., INC., MERRILL :
LYNCH, PIERCE, FENNER & SMITH, INC. and :
BANK OF AMERICA CORPORATION, :
:
             Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      This is to certify that a true and correct copy of **Matthew C. Kane's** Motion to Admit Counsel *Pro Hac Vice* and an Order for Admission *Pro Hac Vice* will be served on plaintiffs Rene Hernandez, Rebecca Heston, Jeffrey Steinberg, Trinity Gray, Eric Ebanks and William Rogers, via the Court's CM/ECF System.

Dated: May 16, 2012

                                                                  James J. Simonelli

\38508316.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RENE HERNANDEZ, REBECCA HESTON, :
JEFFREY STEINBERG, TRINITY GRAY, ERIC :
EBANKS and WILLIAM ROGERS, individually : 11 Civ. 8472 (KBF)
and on behalf of all others similarly situated, :
 :
 : ECF Case
    Plaintiffs, :
 :
 : **ORDER FOR ADMISSION**
  -against- : *PRO HACE VICE*
 :
 :
MERRILL LYNCH & CO., INC., MERRILL :
LYNCH, PIERCE, FENNER & SMITH, INC. and :
BANK OF AMERICA CORPORATION, :
 :
 :
    Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

  The motion of **Matthew C. Kane** for admission to practice *pro hac vice* in the above-captioned action is granted.  Applicant has declared that he is a member in good standing of the bars of the State of California and the District of Columbia; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | **MATTHEW C. KANE** |
| Firm Name: | McGuireWoods LLP |
| Address: | 1800 Century Park East, 8th Floor |
| City/State/Zip: | Los Angeles, California 90067 |
| Phone Number: | 310.315.8295 |
| Fax Number: | 310.956.3195 |
| E-mail: | mkane@mcguirewoods.com |

  Applicant, having requested admission *pro hac vice* to appear for all purposes as counsel for defendants Merrill Lynch & Co., Inc., Merrill, Lynch, Pierce, Fenner & Smith, Inc. and Bank of America Corporation in the above entitled action;

  **IT IS HEREBY ORDERED** that applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

\38508316.1

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____, 2012          SO ORDERED:


                                        _____
                                        United States District/Magistrate Judge

\38508316.1