| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **SHAVITZ LAW GROUP, P.A.** |
| Justin M. Swartz | Gregg I. Shavitz (admitted *pro hac vice*) |
| Ossai Miazad | Susan H. Stern (admitted *pro hac vice*) |
| Juno Turner | 1515 South Federal Highway, Suite 404 |
| Jennifer L. Liu | Boca Raton, FL 33432 |
| 3 Park Avenue, 29th Floor | Telephone: (561) 447-8888 |
| New York, New York 10016 | Facsimile: (561) 447-8831 |
| Telephone: (212) 245-1000 | |
| Facsimile: (212) 977-4005 | |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENE HERNANDEZ, REBECCA HESTON, JEFFREY STEINBERG, TRINITY GRAY, ERIC EBANKS, and WILLIAM ROGERS, individually and on behalf all others similarly situated,<br><br>                            Plaintiffs,<br><br>     v.<br><br>MERRILL LYNCH & CO., INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., and BANK OF AMERICA CORPORATION,<br><br>                            Defendants. | No. 11 Civ. 8472 (KBF) (DCF) |

### NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, and in the Declaration of Justin M. Swartz in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses and Motion for Approval of Service Awards and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1)	awarding Class Counsel attorneys' fees of 33% of the Settlement Fund ($2,310,000);

(2)	awarding Class Counsel $35,390 in expenses; and

(3)	granting such other, further, or different relief as the Court deems just and proper.

Dated: March 6, 2013
New York, New York

Respectfully submitted,

By:  /s/ Justin M. Swartz
       Justin M. Swartz

**OUTTEN & GOLDEN LLP**
Justin M. Swartz
Ossai Miazad
Juno Turner
Jennifer L. Liu
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz (admitted *pro hac vice*)
Susan H. Stern (admitted *pro hac vice*)
1515 South Federal Highway, Suite 404
Boca Raton, FL 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831

*Attorneys for Plaintiffs and the Class and Collective*